

WR-83,071-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/2/2015 8:21:33 AM
Accepted 4/2/2015 8:40:58 AM
ABEL ACOSTA
CLERK

# DISTRICT ATTORNEY'S OFFICE
## 33ᴿᴰ & 424ᵀᴴ Judicial Districts
### COUNTIES OF
**BLANCO • BURNET • LLANO • SAN SABA**

## Wiley B. McAfee
### District Attorney

RECEIVED
COURT OF CRIMINAL APPEALS
4/2/2015
ABEL ACOSTA, CLERK

April 02, 2015

Mr. Abel Acosta
Clerk of Court of Criminal Appeals
P. O. Box 12308, Capitol Station
Austin, TX 78711

Re:    Case No. WR-83,071-01; Ex parte Vinson Thomas-Ward Cowan
      Application for Writ of Habeas Corpus
      Trial Court #38980A    424ᵗʰ Judicial District of Burnet County, Texas

Dear Mr. Acosta:

Please accept this letter as our designation of Lead Counsel for the State of Texas, Appellee, in the above described case. Lead Counsel for this case is:

Gary W. Bunyard
Assistant District Attorney
P.O. Box 725
Llano, TX 78643
(325) 247-5755 (voice)
(325) 247-5274 (fax)
g.bunyard@co.llano.tx.us

Sincerely,

Gary W. Bunyard
Assistant District Attorney

cc:    Vinson Thomas-Ward Cowan
      Applicant Pro Se
      TORRES UNIT - TDC # 1854327
      125 PRIVATE ROAD #4303
      HONDO, TX 78861